Noel Grefenson, P.C.
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com

Attorney for Defendant Robert A. Lund

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>ROBERT A. LUND,<br><br>       Defendant. | Case No. 3:18-cr-180-SI<br>Case No. **3:19-cr-244-SI**<br><br>DEFENDANT'S MOTION FOR FARETTA HEARING, WAIVER OF COUNSEL AND APPOINTMENT OF STANDBY COUNSEL |

Under the penalty of perjury of the laws of the United States of America, I, Noel Grefenson, declare that the following facts are true and correct to the best of my knowledge and belief:

1.     On September 5, 2019, I was appointed as counsel for defendant, Robert A. Lund, in each of the above referenced cases.

2.     On September 13, 2019, I conferred with Mr. Lund about my status as his appointed counsel of record.  Mr. Lund informed me that he did not request that the Court appoint counsel to represent him and expected at his last appearance that the Court would conduct a hearing pursuant to *Faretta* v. California - 422 U.S. 806, 95 S. Ct. 2525 (1975) and would accept a waiver of his constitutional right to representation of

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

counsel as guaranteed by the Sixth Amendment to the United States Constitution.

3.      Mr. Lund informed me that although it is his desire to proceed as a pro se litigant, he does request that the Court appoint me as standby counsel to assist him during pretrial and trial proceedings.

4.      Because I am counsel of record for Mr. Lund and he is therefore unable to file motions on his own behalf, he directed me to file a motion for a Faretta hearing, waiver of counsel and request for the appointment of standby counsel with the Court.

5.      Mr. Lund does not consent to these criminal proceedings, but has directed me to file this motion in each of his cases on the condition that neither the Court nor the government construe this motion as a waiver of the original and personal jurisdictional challenges made in his sui juris motions to dismiss denied by the Court on September 3, 2019.

6.      Under Penalty of Perjury of the Laws of the United States, I declare that the foregoing factual representations are true and correct to the best of my knowledge and belief.

Dated: September 17, 2019.


*/s/ Noel Grefenson*
_____
Noel Grefenson, OSB No. 882168
Attorney for Defendant Robert A. Lund

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com